UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KARL CINA,                                      :
              Plaintiff,                    :
                                                :
        v.                                     :
                                                :   Case No.: 12-cv-2276 (KBF) (JLC)
PUERTO RICAN FAMILY INSTITUE, INC.,             :
and HOPE FOR FAMILIES AND CHILDREN              :   ECF Case
FOUNDATION, INC.,                               :
                                                :
              Defendants.                   :
                                                :
------------------------------------------------------------------ x

## DEFENDANT PUERTO RICAN FAMILY INSTITUE, INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, which are all private non-governmental parties, certifies that there are no corporate parents, affiliates and/or subsidiaries of any Defendant that are publicly held.

Dated:  New York, New York        TANNENBAUM HELPERN
            May 1, 2012                    SYRACUSE & HIRSCHTRITT LLP

                                                     By:    Andrew W. Singer

                                            900 Third Avenue
                                            New York, NY 10022
                                            Telephone:  (212) 508-6700
                                            Facsimile:  (212) 371-1084
                                            singer@thsh.com

                                            *Attorneys for Defendants*