UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

KARL CINA,

                   Plaintiff,

                v.

PUERTO RICAN FAMILY INSTITUE, INC.,
and HOPE FOR FAMILIES AND CHILDREN
FOUNDATION, INC.,

                  Defendants.

-------------------------------------------------------------- x

:
:
:
:
:
:  Case No.: 12-cv-2276 (KBF)(JLC)
:
:  ECF Case
:
:
:
:
:

## DEFENDANT HOPE FOR FAMILIES AND CHILDREN FOUNDATION, INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, which are all private non-governmental parties, certifies that there are no corporate parents, affiliates and/or subsidiaries of any Defendant that are publicly held.

Dated:  New York, New York
         May 1, 2012

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By:    Andrew W. Singer

900 Third Avenue
New York, NY 10022
Telephone:  (212) 508-6700
Facsimile:  (212) 371-1084
singer@thsh.com

*Attorneys for Defendants*