| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: | SUMMONS, COMPLAINT, CIVIL COVER SHEET, E-FILING INSTRUCTIONS | |
|---|---|---|
| EFFECTED (1) BY ME: | NYC DCA #0868364 Juan Pereira | DATE: 04-10-2012 1:55 P.M. |
| TITLE: | PROCESS SERVER | |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
HOPE FOR FAMILIES AND CHILDREN FOUNDATION, INC *UPON Nancy Gallego-Secretary

Place where served: 145 WEST 15th Street
NY NY 10011

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: *Authorized Agent of the Named Entity

Description of person accepting service:
SEX: F  AGE: 50-60  HEIGHT: 5'6"  WEIGHT: 130-160 lbs  SKIN: Brown  HAIR: Red  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___   SERVICES $ ___   TOTAL $ ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Juan Pereira

DATE: 04/10/2012                              _____ L.S.
                                              SIGNATURE OF
                                              GUARANTEED SUBPOENA SERVICE, INC.
                                              2009 MORRIS AVENUE
                                              UNION, NJ 07083

ATTORNEY:   GERALD J RESNICK, ESQ
PLAINTIFF:  KARL CINA
DEFENDANT:  PUERTO RICAN FAMILY INST., INC, ET AL
VENUE:      DISTRICT
DOCKET:     12 CV 2276

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.