AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS, COMPLAINT, CIVIL COVER SHEET, E-FILING INSTRUCTIONS**

EFFECTED (1) BY ME:

TITLE: **PROCESS SERVER** NYC DCA #0562954 Juan Pereira DATE: 04-16-2012 10:59 A.M.

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

PUERTO RICAN FAMILY INSTITUTE, INC * UPON Nancy Gallego - Receptionist

Place where served: 145 WEST 15th Street
NEW YORK, N.Y. 10011

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: * Authorized Agent of the named Entity

Description of person accepting service:

SEX: F AGE: 50-60 HEIGHT: 5'6" WEIGHT: 130-160 lbs SKIN: Brown HAIR: Red OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___ SERVICES $ _____.___ TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04 / 16 / 20 12

NYC DCA #0562954 Juan Pereira L.S.

SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: GERALD J RESNICK, ESQ
PLAINTIFF: KARL CINA
DEFENDANT: PUERTO RICAN FAMILY INST., INC, ET AL
VENUE: DISTRICT
DOCKET: 12 CV 2276

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.