

**RESNICK LAW GROUP**
A PROFESSIONAL CORPORATION
www.resnicklg.com

5 BECKER FARM ROAD
4TH FLOOR
ROSELAND, NEW JERSEY 07068
TELEPHONE: (973) 781-1204
FAX: (973) 781-1205

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 25 2012

GERALD JAY RESNICK[1]
*CERTIFIED CIVIL TRIAL ATTORNEY*
gresnick@resnicklg.com

VINCENT A. ANTONIELLO
*SENIOR COUNSEL*
vantoniello@resnicklg.com

[1]MEMBER OF THE NJ, NY, & DC BAR
PLEASE RESPOND TO ROSELAND OFFICE



May 22, 2012

**VIA FIRST CLASS MAIL**
Honorable Katherine B. Forrest, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        RE:    **Karl Cina v. Puerto Rican Family Institute and Hope for Families and Children Foundation, Inc.**
                **Docket No. 12 CV 2276**

Your Honor:

      This firm represents the plaintiff in the above-referenced matter. Pending before Your Honor is Defendants' Motion for a Partial Dismissal pursuant to FRCP 12(b)(6), which we understand was electronically filed on May 1, 2012. Because of a change in my email address, I did not receive electronic notification of the filing.

      I have been on trial for the past few weeks and have not yet reviewed the motion papers. Defendants' counsel has kindly consented to extend the time to oppose until June 8, 2012. The parties have further agreed that the Defendants' time to submit a reply brief will be extended to June 22, 2012. No previous extensions have been requested.

      We respectfully request the Court's courtesy in granting this request.

                                    Very truly yours,

                                    *Gerald Jay Resnick*
                                    GERALD JAY RESNICK

GJR/pe
cc:  Jason Klimpl, Esq. (via email)
      Mr. Karl Cina (via regular mail)

*Counsel shall submit an opposition not later than June 1, 2012. A reply, if any, is due not later than June 8, 2012.*

**SO ORDERED:**

5/25/12          K. B. Forrest
                     HON. KATHERINE B. FORREST
                     UNITED STATES DISTRICT JUDGE

NYC OFFICE: 1375 BROADWAY, THIRD FLOOR, SUITE 17, NEW YORK, NY 10018