Forrest, J

RESNICK LAW GROUP, PC
100 Eagle Rock Avenue, Suite 301
East Hanover, New Jersey 07936
(973) 781-1204
Gerald J. Resnick (GJR-5741)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 01 2012

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KARL CINA

    Plaintiff,

vs.

PUERTO RICAN FAMILY INSTITUTE, INC. and HOPE FOR FAMILIES AND CHILDREN FOUNDATION, INC.

    Defendants.

Civil Action No.: 12 CV 2276

STIPULATION OF PARTIAL DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED among Plaintiff, Karl Cina (by his counsel, Resnick Law Group, P.C.), and Defendants Puerto Rican Family Institute, Inc. and Hope for Families and Children Foundation, Inc. (by their counsel, Tannenbaum Helpern Syracuse & Hirschtritt LLP), that the Third Count (NY Whistleblower Law) and the Fourth Count (Breach of Contract) of the Complaint are hereby dismissed with prejudice and without costs or attorneys fees as to any party; and

    IT IS FURTHER STIPLULATED AND AGREED that the First Count (Title VII - Race) and the Second Count (Title VII - National Origin) of the Complaint remain; and

    IT IS FURTHER STIPLULATED AND AGREED that Defendants pending Motion to Partially Dismiss the Complaint is hereby withdrawn.

RESNICK LAW GROUP, P.C.
Attorneys for Plaintiff,

_____
Gerald J. Resnick
Date: 5/30/12

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
Attorneys for Defendants,

_____
Andrew Singer
Date: 5/31/12

SO ORDERED:

6/1/12   K. B. Forrest
                            U.S.D.J.

**RESNICK LAW GROUP**
A Professional Corporation
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 781-1204
Gerald J. Resnick (GJR-5741)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARL CINA<br><br>                    Plaintiff,<br>vs.<br><br>PUERTO RICAN FAMILY INSTITUTE, INC. and HOPE FOR FAMILIES AND CHILDREN FOUNDATION, INC.<br><br>                    Defendants. | Civil Action No: 12 cv 2276<br><br>**CERTIFICATION OF SERVICE** |

I, Corrin A. Cicoria, of full age, certify and say:

I am a Paralegal with Resnick Law Group, P.C., attorneys for the plaintiff in the above-captioned action.

On this day, I caused to be delivered via regular mail a copy of the Stipulation of Partial Dismissal as to the Third and Fourth Counts of the Complaint on counsel for Defendants and I also electronically filed a copy of the foregoing document with the Court.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 31, 2012

                                        Corrin A. Cicoria