Forrest, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARL CINA,

        Plaintiff,

v.

PUERTO RICAN FAMILY INSTITUE, INC.,
and HOPE FOR FAMILIES AND CHILDREN
FOUNDATION, INC.,

        Defendants.

Case No.: 12-cv-2276 (KBF) (JLC)

ECF Case

## STIPULATION EXTENDING TIME TO ANSWER

It is hereby stipulated and agreed by and between the undersigned counsel to the parties in this action as follows:

1. Defendants' time to answer Plaintiff's Complaint shall be and hereby is extended up to and including June 22, 2012.

2. This stipulation may be executed and delivered in counterparts and by facsimile or electronic transmission. Each counterpart so transmitted shall be deemed an original, and all of the counterparts collectively shall be deemed a single document.

Dated: New York, New York
       June 4, 2012

**RESNICK LAW GROUP, PC**

BY: _____
Gerald Jay Resnick, Esq.
5 Becker Farm Road, 4th Floor
Roseland, New Jersey, 07068
(973) 781-1204

*Attorneys for Plaintiff*

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

BY: _____
Andrew W. Singer, Esq.
900 Third Avenue
New York, NY 10022
(212) 508-6700

*Attorneys for Defendants*

SO ORDERED:

6/7/12  _____
                U.S.D.J.