UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
                        :

In re:  Cases Assigned to Mediation     :        <u>Standing Administrative Order</u>
        by Automatic Referral        :
                         :

--------------------------------------------------------x

LORETTA A. PRESKA, Chief United States District Judge:

      Effective January 3, 2011, all employment discrimination cases, except cases brought under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, <u>et seq.</u>, will be designated for automatic referral under the Court's existing Alternative Dispute Resolution program of mediation.

SO ORDERED:

DATED:     New York, New York
            January 3, 2011

                       _____
                       LORETTA A. PRESKA, Chief U.S.D.J.