```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
Karl Cina                  Plaintiff(s),   :
                                           :     12 Civ. 2276 (KBF)
                                           :
            -v-                            :         ORDER
                                           :
                                           :
Puerto Rican Family Institute, Inc., et    :
al.                        Defendant(s).   :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 22, 2012

KATHERINE B. FORREST, District Judge:

   The Initial Pretrial Conference in this action, scheduled for June 28, 2012, will be heard on the same day (6/28/2012), at 11:30 a.m.

       SO ORDERED:

Dated:    New York, New York
          June 22, 2012

                                    _____
                                         KATHERINE B. FORREST
                                      United States District Judge