```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 29 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
KARL CINA,                                      :
                                                :   12 Civ. 2276 (KBF)
                                                :
                         Plaintiff,             :   **ORDER**
                                                :
          -v-                                   :
                                                :
PUERTO RICAN FAMILY INSTITUTE, INC. and         :
HOPE FOR FAMILIES AND CHILDREN FOUNDATION,      :
INC.                                            :
                                                :
                         Defendants.            :
------------------------------------------------X

KATHERINE B. FORREST, District Judge:

   As stated at today's initial pretrial conference,

   1. Plaintiff is granted leave to amend his complaint by **July 13, 2012**.

   2. Defendant shall answer or otherwise respond by **August 2, 2012**.

SO ORDERED:

Dated:    New York, New York
          June 28, 2012

                                            _____
                                                 KATHERINE B. FORREST
                                              United States District Judge