

**RESNICK LAW GROUP**
A PROFESSIONAL CORPORATION
www.resnicklg.com

5 BECKER FARM ROAD
4TH FLOOR
ROSELAND, NEW JERSEY 07068
TELEPHONE: (973) 781-1204
FAX: (973) 781-1205

GERALD JAY RESNICK[1]
CERTIFIED CIVIL TRIAL ATTORNEY
gresnick@resnicklg.com

VINCENT A. ANTONIELLO
SENIOR COUNSEL
vantoniello@resnicklg.com

[1]MEMBER OF THE NJ, NY, & DC BAR
PLEASE RESPOND TO ROSELAND OFFICE

*USDC SDNY — DOCUMENT ELECTRONICALLY FILED — DOC #: ___ — DATE FILED: AUG 10 2012*

*RECEIVED AUG 10 2012 KATHERINE B. FORREST U.S. DISTRICT JUDGE S.D.N.Y.*

August 9, 2012

**VIA HAND DELIVERY**
Honorable Katherine B. Forrest, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*[Handwritten note from Judge:] Counsel is directed to review the Local Rules of this District. Mediation runs concurrently and has no impact on this Court's schedule. A response to the motion to dismiss is due on August 16, 2012. See Local Rule 6.1(b). So Ordered: K. B. Forrest 8/10/12*

RE: **Karl Cina v. Puerto Rican Family Institute and Hope for Families and Children Foundation, Inc.**
**Docket No. 12 CV 2276**

Dear Judge Forrest:

This is to request an adjournment of Defendants' pending Motion to Dismiss the Second Amended Complaint, until the parties complete the Court ordered mediation in this matter, scheduled for Wednesday, August 15, 2012. I have asked the consent of my adversary to do so, however Mr. Singer advises he is still waiting for a response from his client. Mr. Singer is also apparently out of his office today.

As Your Honor may recall, the parties appeared in Court on June 28, 2012, after the parties had stipulated to the dismissal of certain counts of the complaint. At that time the Court instructed that Plaintiff was to file a amended complaint by July 13, 2012, and Defendants were to respond to August 2, 2012. However, instead of doing so, Defendants filed a motion to dismiss pursuant to FRCP 12(b)(6).

Though no return date has yet been scheduled for the motion, this is to request that the matter be adjourned until the outcome of the mediation next Wednesday, to determine if the case can be resolved without further proceedings.

Thanking you, I am,

Respectfully yours,

*/s/ Gerald Jay Resnick*
GERALD JAY RESNICK

GJR/pe
cc: Andrew Singer, Esq. (By email)
    Mr. Karl Cina