**RESNICK LAW GROUP, PC**
5 Becker Farm Road, 4th Floor
Roseland, New Jersey 07068
(973) 781-1204
Gerald J. Resnick (GJR-5741)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARL CINA<br><br>**Plaintiff,**<br><br>vs.<br><br>PUERTO RICAN FAMILY INSTITUTE, INC. and HOPE FOR FAMILIES AND CHILDREN FOUNDATION, INC.<br><br>**Defendants.** | Civil Action No.: 12 CV 2276<br><br>**CERTIFICATION OF SERVICE** |

    I, GERALD JAY RESNICK, attorney for the Plaintiff, hereby certify that a true and correct copy of Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss has been provided to counsel for Defendants, Andrew W. Singer, Esq., of Tannenbaum Helpern Syracuse & Hirschtritt, LLP located at 900 Third Avenue, New York, NY 10022 through the Electronic Case Filing System ("ECF") and that same has been filed electronically via ECF along with this Certification of Service.

                                                                     Resnick Law Group, P.C.
                                                                     Attorneys for Plaintiff

Dated: August 16, 2012                            /s/ Gerald Jay Resnick
                                                                 GERALD JAY RESNICK