```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 11 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
KARL CINA,                                 :
                                           :    12 Civ. 2276 (KBF)
                    Plaintiff,             :
                                           :    **ORDER**
          -v-                              :
                                           :
PUERTO RICAN FAMILY INSTITUTE, INC., and   :
HOPE FOR FAMILIES AND CHILDREN FOUNDATION, :
INC.,                                      :
                                           :
                    Defendants.            :
------------------------------------------X

KATHERINE B. FORREST, District Judge:

   It having been reported to the Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

   The Clerk of the Court is directed to terminate this action.

        SO ORDERED:

Dated:    New York, New York
          September 11, 2012

                                         _____
                                              KATHERINE B. FORREST
                                            United States District Judge