

**RESNICK LAW GROUP**
A PROFESSIONAL CORPORATION
www.resnicklg.com

5 BECKER FARM ROAD
4TH FLOOR
ROSELAND, NEW JERSEY 07068
TELEPHONE: (973) 781-1204
FAX: (973) 781-1205

GERALD JAY RESNICK[1]
CERTIFIED CIVIL TRIAL ATTORNEY
gresnick@resnicklg.com
VINCENT A. ANTONIELLO
SENIOR COUNSEL
vantoniello@resnicklg.com
[1]MEMBER OF THE NJ, NY, & DC BAR
PLEASE RESPOND TO ROSELAND OFFICE

September 10, 2012

**VIA FACSIMILE & REGULAR MAIL**
Honorable Katherine B. Forrest, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 1 2012
```

    **RE:**   **Karl Cina v. Puerto Rican Family Institute and Hope for Families and Children Foundation, Inc.**
           **Docket No. 12 CV 2276**

Dear Judge Forrest:

    This is to advise the Court that the parties have reached a settlement in the above matter. Therefore, the motion pending before Your Honor to dismiss under Rule 12(b)(6) is now moot, and the parties are in the process of preparing the necessary settlement documents.

    Thanking you, I am,

                                                Respectfully yours,

                                              GERALD JAY RESNICK

GJR/pe
cc:  Andrew Singer, Esq. (By email)
     Mr. Karl Cina